Commonwealth *v.* Markowski, Petitioner.

Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Carmen J. Maffei,* Assistant Public Defender, and *Peter J. Webby,* Public Defender, for petitioner.

*Blythe H. Evans, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, December 31, 1969:

The order of the Superior Court and the judgment of sentence of the Court of Quarter Sessions of Luzerne County are vacated; the record is remanded to the Court of Common Pleas of Luzerne County so that petitioner may file post-trial motions nunc pro tunc.